HILDRED K. TALLMAN and Others, on Behalf of Themselves and All Others, etc., Respondents, v. CHARLES WYAND and Others, Appellants.— Judgment reversed and complaint dismissed, without costs, as to the plaintiffs Tatlock,

---

* See Consol. Laws, chap. 60 (Laws of 1909, chap. 62), § 220, subd. 4, as amd. by Laws of 1911, chap. 732. Since amd. by Laws of 1915, chap. 664, and Laws of 1916, chap. 323.— [REP.

Thompson and the Buedingens, and as to the other plaintiffs the judgment is modified by limiting the provisions thereof to injunctive relief against the violation of the covenant as to the erection of a Boston flat and in that particular the injunction is made permanent and as so modified affirmed, without costs on this appeal. All concurred.